# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES E. CRAYON,<br><br>    Plaintiff,<br><br>vs.<br><br>T. MILLER, et al.,<br><br>    Defendants. | ) 1:13cv00273 AWI DLB PC<br>)<br>)<br>) ORDER DIRECTING CLERK OF<br>) COURT TO CLOSE THIS ACTION<br>) PURSUANT TO PLAINTIFF'S<br>) NOTICE OF VOLUNTARY DISMISSAL<br>)<br>) (Document 5)<br>) |

Plaintiff Charles E. Crayon ("Plaintiff") is a prisoner proceeding pro se in this civil rights action filed on February 25, 2013.

On March 22, 2013, Plaintiff filed a motion to dismiss this action. He states that he received his property and no longer wishes to pursue this action. The Court construes this as a request for voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

At this stage in the proceedings, Plaintiff has the absolute right to dismiss his claims, without prejudice. <u>Duke Energy Trading and Marketing, L.L.C. v. Davis</u>, 267 F.3d 1042, 1049 (9th Cir. 2001). The filing of the notice itself has the effect of closing the action, and the Court no longer has jurisdiction over the claims. <u>Id.</u>

Accordingly, the Clerk of the Court is HEREBY DIRECTED to close this file pursuant to Plaintiff's notice of voluntary dismissal filed on March 22, 2013.

1

IT IS SO ORDERED.

Dated: March 26, 2013

SENIOR DISTRICT JUDGE