# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES E. CRAYON,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>T. MILLER, et al.,<br><br>　　　　　Defendants. | 1:13cv00273 AWI DLB PC<br><br>ORDER DIRECTING CLERK OF<br>COURT TO CLOSE THIS ACTION<br>PURSUANT TO PLAINTIFF'S<br>NOTICE OF VOLUNTARY DISMISSAL<br><br>(Document 5) |

　　　　Plaintiff Charles E. Crayon ("Plaintiff") is a prisoner proceeding pro se in this civil rights action filed on February 25, 2013.

　　　　On March 22, 2013, Plaintiff filed a motion to dismiss this action. He states that he received his property and no longer wishes to pursue this action. The Court construes this as a request for voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

　　　　At this stage in the proceedings, Plaintiff has the absolute right to dismiss his claims, without prejudice. Duke Energy Trading and Marketing, L.L.C. v. Davis, 267 F.3d 1042, 1049 (9th Cir. 2001). The filing of the notice itself has the effect of closing the action, and the Court no longer has jurisdiction over the claims. Id.

　　　　Accordingly, the Clerk of the Court is HEREBY DIRECTED to close this file pursuant to Plaintiff's notice of voluntary dismissal filed on March 22, 2013.

1

IT IS SO ORDERED.

Dated:  March 26, 2013

_____
SENIOR DISTRICT JUDGE